Argued September 22, affirmed October 4, 1971

## FARNES, *Appellant,* v. FARNES, *Respondent.*

488 P2d 1205

*S. David Eves,* Corvallis, argued the cause for appellant. On the brief were Ringo, Walton, McClain & Eves, Corvallis.

*James Eickelberg,* Corvallis, argued the cause and filed the brief for respondent.

Before Schwab, Chief Judge, and Foley and Fort, Judges.

PER CURIAM.

The defendant father filed a motion and affidavit seeking a reduction in support payments on behalf of two children from $100 per month per child to $70 per month per child. The trial judge found changes of circumstances justifying a reduction to $80 per month per child and so ordered.

From that order the plaintiff mother, who has custody of the two children, appeals, seeking reinstatement of $100 per month per child support payments. We agree with the trial judge.

Affirmed.